| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Davis, Tony M. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, W.D. TX, Austin Division | 3. Date of Report<br><br>09/07/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>Homer Thornberry Federal Judicial Building<br>903 San Jacinto, Ste. 322<br>Austin, TX 78701 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 09/07/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | University of Texas Law School - teaching | $7,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Texas State Bar | February 18 - 20, 2015 | Houston, TX | Educational Seminar | Hotel, car mileage, meals |
| 2. | University of Texas | February 21, 2015 | Houston, TX | Judge Student Moot Court | Hotel |
| 3. | Commercial Law League of America | April 30 - May 1, 2015 | Las Vegas, NV | Educational Seminar | Airfare, hotel, taxi, meals, airport parking |
| 4. | Texas State Bar | May 27 - 29, 2015 | Bastrop, TX | Conference and Educational Seminar | Hotel, car mileage, meals |
| 5. | University of Texas | July 22-24, 2015 | Galveston, TX | Educational Seminar | Hotel, car mileage, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 09/07/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 09/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Core Moderate Growth Funds | E | Dividend | O | T | | | | | |
| 2. Acadian Emg Markets Port-Inst | | None | | | Buy | 09/14/15 | J | | |
| 3. | | | | | Sold | 11/09/15 | J | A | |
| 4. American Europacific Grwth-F2 | | None | | | Sold | 11/09/15 | J | B | |
| 5. Artisan Small Cap Fund Investor CL | A | Distribution | J | T | | | | A | |
| 6. Blackrock High Yld BD Port CL K | | None | | | Buy | 02/24/15 | J | | |
| 7. | | | | | Sold | 09/11/15 | J | A | |
| 8. Blackrock National Muni Fund CL A | B | Dividend | | | Sold | 11/06/15 | L | C | |
| 9. William Blair Int'l Growth Class N | | None | | | Sold | 11/09/15 | J | A | |
| 10. Causeway Emrg Mrkts FD INV CL (X) | | None | | | Sold | 07/08/15 | J | A | |
| 11. | | | | | Sold | 09/11/15 | J | A | |
| 12. Columbia Contrarian Core Fund CL R5 | | None | | | Sold | 11/09/15 | J | A | |
| 13. Columbia Select Large Cap Growth R5 | A | Dividend | | | Sold | 11/09/15 | J | A | |
| 14. Dreyfus Opportunistic Midcap Value CL A | | None | | | Sold (part) | 11/09/15 | J | A | |
| 15. | | | | | Sold | 09/11/15 | J | A | |
| 16. Eaton Vance INC FD Boston | A | Dividend | | | Buy | 09/11/15 | J | | |
| 17. | | | | | Sold | 11/06/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fimm MMKT Port INst. CL | A | Interest | | | Sold | 09/11/15 | J | A | |
| 19. Fidelity Municipal Money Market | A | Interest | | | Sold | 09/11/15 | J | A | |
| 20. Fidelity Advisor Int'l Disc. CL I | | None | | | Sold | 11/09/15 | J | A | |
| 21. | | | | | Buy (add'l) | 02/24/15 | J | | |
| 22. | | | | | Sold (part) | 07/08/15 | J | A | |
| 23. Fidelity Emerging Markets | | None | | | Buy (add'l) | 02/24/15 | J | | |
| 24. | | | | | Sold (part) | 07/08/15 | J | A | |
| 25. | | | | | Sold | 09/11/15 | J | A | |
| 26. Fidelty Growth Co. | A | Distribution | | | Buy (add'l) | 09/11/15 | J | | |
| 27. | | | | | Sold | 11/09/15 | J | B | |
| 28. Fidelity Low Pricestock | A | Distribution | | | Buy (add'l) | 09/11/15 | J | | |
| 29. | A | Dividend | | | Sold | 11/09/15 | J | A | |
| 30. Fidelity Municipal Income | A | Interest | | | Sold | 11/06/15 | J | A | |
| 31. Franklin Int'l SM Cap Growth Advisor | A | Dividend | J | T | Buy (add'l) | 02/24/15 | J | | |
| 32. Goldman Sachs SM Cap Value Instl | A | Dividend | J | T | | | | | |
| 33. Guggenheim S&P 500 | A | Dividend | K | T | Buy | 11/09/15 | K | | |
| 34. Invesco Convert Sec. | A | Dividend | | | Buy | 02/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 09/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 07/08/15 | J | | |
| 36. | | | | | Sold | 11/06/15 | J | | |
| 37. Oakmark Fund I | | None | | | Buy (add'l) | 09/11/15 | J | | |
| 38. | | | | | Sold | 11/09/15 | J | B | |
| 39. Voya Global RE | A | Dividend | | | Sold | 11/09/15 | J | A | |
| 40. Ishares Russell Midcap Value ETF | A | Dividend | J | T | | | | | |
| 41. Ishares Russell 1000 Value ETF | A | Dividend | K | T | Buy (add'l) | 02/24/15 | J | | |
| 42. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 43. | | | | | Sold (part) | 07/08/15 | J | A | |
| 44. | | | | | Sold (part) | 09/11/15 | J | A | |
| 45. John Hancock Disciplined Value I2 | | None | | | Sold | 11/09/15 | J | A | |
| 46. Lazard Emerging Mkts Equity Open CL Shrs | | None | | | Sold | 07/08/15 | J | A | |
| 47. MFS Int'l Value Fund CL A | | None | | | Sold | 11/09/15 | J | A | |
| 48. Morgan Stanley Ins. Fr. Emg. | | None | | | Buy | 01/15/15 | J | | |
| 49. | | | | | Sold | 11/09/15 | J | A | |
| 50. Nuveen All American Muni Bond Class I | A | Dividend | | | Sold | 11/06/15 | K | B | |
| 51. Nuveen Intermiediate Duration Muni Bond A | B | Dividend | | | Sold | 02/24/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 09/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oppemheimer Dev. Mkt. | | None | | | Buy | 09/11/15 | J | | |
| 53. | | | | | Sold | 11/09/15 | J | A | |
| 54. Oppenheimer Int'l Growth Class I | | None | | | Sold | 11/09/15 | J | A | |
| 55. Oppenheimer Int'l Bond Fd CL Y | A | Dividend | | | Buy (add'l) | 02/24/15 | J | | |
| 56. | | | | | Sold | 07/07/15 | J | A | |
| 57. Prudential Jennison Mid Cap Growth CL A | | None | | | Sold | 11/09/15 | J | A | |
| 58. Schwab Intl Equity ETF | B | Dividend | K | T | Buy | 11/09/15 | K | | |
| 59. Schwab US Large Cap Grwth | A | Dividend | K | T | Buy | 11/09/15 | K | | |
| 60. Schwab US Large Cap Value | A | Dividend | K | T | Buy | 11/09/15 | K | | |
| 61. Schwab US Small Cap ETF | A | Dividend | K | T | Buy | 11/09/15 | K | | |
| 62. SPDR DJIA | A | Dividend | L | T | Buy | 11/09/15 | L | | |
| 63. SPDR S&P ETF Trust Unit Ser 1 | A | Dividend | | | Buy (add'l) | 02/24/15 | J | | |
| 64. | | | | | Sold | 09/11/15 | J | A | |
| 65. SPDR SER TR Barclays Conv. Sec. ETF | A | Dividend | | | Sold (part) | 02/24/15 | J | A | |
| 66. | | | | | Sold | 07/08/15 | J | A | |
| 67. T Rowe Price Emer Mkts | | None | | | Buy | 07/08/15 | J | | |
| 68. | | | | | Sold | 09/11/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 09/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. T Rowe Price Small Cap Value Advisor CL | A | Dividend | J | T | | | | | |
| 70. T Rowe Price Mid Cap Value Adv Class | | None | | | Sold (part) | 02/24/15 | J | A | |
| 71. | | | | | Sold | 11/09/15 | J | A | |
| 72. Sector SPDR TR SHS Ben Int Financial | A | Dividend | | | Sold | 11/09/15 | J | C | |
| 73. Templeton Frontier Mrkts FD Adv CL | | None | | | Sold (part) | 01/15/15 | J | A | |
| 74. | | | | | Sold | 09/09/15 | J | A | |
| 75. Templeton Global Bond Fund | A | Dividend | | | Buy | 07/07/15 | J | | |
| 76. | | | | | Buy (add'l) | 09/11/15 | J | | |
| 77. | | | | | Sold | 11/09/15 | J | A | |
| 78. Vanguard Index FDS Vanguard Growth Vipers | A | Dividend | | | Buy (add'l) | 07/08/15 | J | | |
| 79. | | | | | Sold | 09/11/15 | J | A | |
| 80. Vanguard INTM TRM T/E FD-ADM | A | Dividend | K | T | Buy | 11/06/15 | K | | |
| 81. Vanguard LT/TRM Tax Exempt Admiral CL 531 | A | Dividend | K | T | Buy | 11/06/15 | K | | |
| 82. Transamerica Int'l Equity Cl I | | None | | | Sold | 11/09/15 | J | A | |
| 83. Transamerica Int'l Small Cap Value I | | None | | | Sold | 11/09/15 | J | A | |
| 84. Wasatch Frontier Emerg. Small Cos | | None | | | Buy (add'l) | 09/09/15 | J | | |
| 85. | | | | | Sold | 12/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 09/07/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wells Fargo Short Term Muni Inc-Inst. | A | Dividend | | | Buy (add'l) | 02/24/15 | J | | |
| 87. | | | | | Sold | 11/06/15 | K | A | |
| 88. Wells Fargo Muni Bond FD | A | Dividend | | | Sold (part) | 02/24/15 | J | A | |
| 89. | | | | | Sold (part) | 09/11/15 | J | A | |
| 90. | | | | | Sold | 11/06/15 | K | A | |
| 91. Norfolk Southern | A | Dividend | J | T | | | | | |
| 92. JP Morgan Savings Account | A | Interest | O | T | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 09/07/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Where I marked "none" for an asset in Part VII, that means the asset in question provided no income for the year 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tony M. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544